# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

RICHARD JOHN BAUER ,

    Petitioner,

v.

TERRY KURT, States Attorney,
JERRY WESTEMEIR, Chief of Police,
JUDGE VICTOR V. SPRENGELMEYER,
CHIEF JUDGE WILLIAM A. KELLY,
JAY DICKERSON, KEITH BRANDEL,
P. CARTER NEWTON and SHARON WAND,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 08-cv-498-bbc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

    This case is dismissed against respondents.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

**/s/ M. Hardin**

**by Deputy Clerk**

_____8/27/08_____
Date